UNITED STATES of America,
Plaintiff–Appellee,

v.

Joseph A. HINTON, a/k/a Bump,
Defendant–Appellant.

No. 13–6601.

United States Court of Appeals,
Fourth Circuit.

Submitted June 19, 2014.

Decided June 25, 2014.

Joseph A. Hinton, Appellant Pro Se. Eric David Goulian, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph A. Hinton appeals the district court's order denying his motion to reduce sentence under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hinton,* No. 5:08–cr–00078–BO–1 (E.D.N.C. Apr. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-fore this court and argument would not aid the decisional process.

*AFFIRMED.*